KATE WEISSBERGER, Respondent, v. HARRY WEISSBERGER, Appellant.— In an action by a wife for a separation, defendant appeals from an order denying his motion for permission to serve a supplemental answer in order to plead as a defense a judgment between the same parties in an earlier action. Order affirmed, with ten dollars costs and disbursements. The paper sought to be pleaded in the proposed supplemental answer is not a judgment but an order. We pass upon no other question in the case. Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

WILLIAM L. WICK et al., Copartners Doing Business under the Name of THE PRINTER WICK, Respondents, v. SCARSDALE IMPROVEMENT CORPORATION, Appellant. (Action No. 2.) — Appeal by defendant from a judgment in favor of the plaintiffs for an injunction and money damages. Judgment, insofar as appealed from, and order denying motion by defendant to reopen the case for the purpose of presenting further evidence on the subject of liability, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Adel and Aldrich, JJ.; Carswell, J., not voting.